IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALAN PATE,

     Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0564

Opinion filed May 16, 2017.

An appeal from an order of the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Alan Pate, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Lateasha L. Powell, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. Banks v. State, 916 So. 2d 35 (Fla. 1st DCA 2005); Baldwin v. Crosby, 905 So. 2d 250 (Fla. 1st DCA 2005) (concluding "proper remedy is to file a motion in the circuit court seeking [removal of lien and restoration of funds collected], secure a ruling, and if necessary raise the issue when appellate review is

sought of any final order in the proceedings below"). The petition for writ of prohibition, transferred from Florida Supreme Court case number SC17-0395, is denied.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.